JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> LYNN LE LAC, ) <br> ) <br> Defendant. ) | Criminal No. 3 09 70788 BZ <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL APPEARANCE** |

The defendant, LYNN LE LAC, has been ordered to appear before the Honorable Elizabeth D. LaPorte, U.S. Magistrate Judge, on October 20, 2009, at 9:30 a.m. for preliminary hearing or initial appearance on an indictment. The parties are discussing agreeing to the filing of an information in lieu of an indictment and hereby agree and respectfully request that Ms. Lac's next appearance may be continued to November 6, 2009, at 9:30 a.m. before the Honorable James Larson, U.S. Magistrate Judge. Ms. Halbert represents that she has advised Ms. Lac of this Stipulation and Proposed Order and that Ms. Lac has agreed to appear on November 6, 2009,

Stipulation to Continue Initial Appearance
3 09 70789 BZ

1 | as set forth herein and agrees to waive time for preliminary hearing or indictment pursuant to
2 | Rule 5.1(c) and (d). The parties further agree and stipulate that the additional time is appropriate
3 | and necessary under Title 18, United States Code, § 3161(b) and (h)(7)(A) and (B)(iv), because
4 | the ends of justice served by this continuance outweigh the best interest of the public and the
5 | defendant in filing an information or indictment within the time set forth in 18 U.S.C. § 3161(b).
6 | This time exclusion will allow government and defense counsel to effectively prepare, taking
7 | into account the exercise of due diligence, and will provide for continuity of counsel for the
8 | defendant.

11 | DATED: October 16, 2009           /s/
                                       SHAWN HALBERT
12 |                                    Counsel for Defendant

15 | DATED: October 16, 2009           /s/
                                       JEFFREY R. FINIGAN
16 |                                    Assistant U.S. Attorney

### ORDER

For the reasons stated by the parties herein, it is hereby ORDERED that the appearance for defendant, LYNN LE LAC, is **CONTINUED** from October 20, 2009, at 9:30 a.m. to November 6, 2009, at 9:30 a.m. before the Honorable James Larson, U.S. Magistrate Judge and that time is excluded pursuant to Rule 5.1(d) and 18 U.S.C. § 3161.

DATED: 10/16/09

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE



Stipulation to Continue Initial Appearance
3 09 70789 BZ                              2